IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01588-RPM-CBS

VITALIY DANILOV, and
SAM'S AUTOMOTIVE PLACE, INC.,

    Plaintiffs,

v.

WELLS FARGO NATIONAL BANK ASSOCIATION,

    Defendant.

_____

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE WITH PREJUDICE
_____

    THIS MATTER coming on before the Court upon the Joint Motion for Dismissal of Case filed by the Plaintiffs, Vitaliy Danilov and Sam's Automotive Place, Inc. and the defendant Wells Fargo Bank, N.A., and the Court having reviewed the Motion and being otherwise duly advised in the premises,

    DOES HEREBY ORDER that this matter is hereby dismissed, with prejudice. Each party shall assume their own respective costs and attorney fees.

    DONE AND SIGNED this day 25th of September, 2013.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge